**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

Civil Action No. 10-CV-02122

THERESA STANLEY,

       Plaintiff,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, INC.,

       Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S
OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:   REGENT ASSET MANAGEMENT SOLUTIONS, INC.
      c/o Joshua C. Dickinson
      SPENCER FANE BRITT & BROWNE LLP
      1000 Walnut, Suite 1400
      Kansas City, MO 64106
      816-474-8100, telephone
      816-474-3216, fax

      You are hereby notified that the Plaintiff, Theresa Stanley, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, Regent Asset Management Solutions, Inc., Inc. and attached as Exhibit 1.

                      Respectfully submitted,
                      Theresa Stanley
                      By Counsel,

                       s/ J. Mark Meinhardt
                      J. Mark Meinhardt, #20245
                      4707 College Blvd. Ste. 100
                      Leawood, KS 66211
                      (913) 451-2113
                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Joshua C. Dickinson
jdickinson@spencerfane.com

I hereby certify that on June 21, 2010, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 816-474-3216 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

REGENT ASSET MANAGEMENT SOLUTIONS, INC.
c/o Joshua C. Dickinson
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

s/ J. Mark Meinhardt