UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

JUDGMENT IN A CIVIL CASE

**THERESA STANLEY,**

      **Plaintiff,**

**v.**                                                                  **CIVIL NO.**
                                                                         **10-2122-EFM**

**REGENT ASSET MANAGEMENT**
**SOLUTIONS, INC.,**

      **Defendant.**


      **IT IS ORDERED AND ADJUDGED** that pursuant to <u>Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment</u> (Doc. #15), plaintiff, Theresa Stanley, is to recover of defendant Regent Asset Management Solutions, Inc., the sum of Three Thousand Dollars ($3,000.00), with interest thereon at the rate of 0.37% as provided by law.  Plaintiff, Theresa Stanley, is also to recover agreed upon alleged damages, court costs and attorney's fees accrued through the date of this Offer of Judgement.


**Dated:  June 21, 2010**                  **TIMOTHY M. O'BRIEN, CLERK**


                                           **s/ Cindy McKee**
                                           **CINDY MCKEE**
                                           **DEPUTY CLERK**